Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile (916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>     Plaintiff;<br><br>   v.<br><br>Cheng, Chow & Chu,<br><br>Incorporated,<br><br>     Defendant. | Case No. **2:12-cv-01382-MCE-JFM**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

   IT IS SO ORDERED THAT the above-entitled action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

   The Clerk of the Court is directed to close the case.

   IT IS SO ORDERED.

Dated:  November 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE